UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JORGE FEDERICO MAGANA-HUERTA,

        Defendant.
_____/     **INDICTMENT**

The Grand Jury charges:

### Alien Felon Reentry

On or about January 18, 2024, in Ingham County, in the Western District of Michigan, Southern Division,

JORGE FEDERICO MAGANA-HUERTA,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney